FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 15 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| RUSSELL ALLEN NORDYKE; ANN SALLIE NORDYKE, dba TS Trade Shows; JESS B. GUY; DUANE DARR; WILLIAM J. JONES; DARYL N. DAVID; TASIANA WESTYSCHYN; JEAN LEE; TODD BALTES; DENNIS BLAIR, R.L. ADAMS; ROGER BAKER; MIKE FOURNIER; VIRGIL MCVICKER, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> MARY V. KING; GAIL STEELE; WILMA CHAN; KEITH CARSON; SCOTT HAGGERTY; COUNTY OF ALAMEDA; COUNTY OF ALAMEDA BOARD OF SUPERVISORS, <br><br> Defendants - Appellees. | No. 07-15763 <br><br> D.C. No. CV-99-04389-MJJ Northern District of California, San Francisco <br><br> ORDER |

Before:  KOZINSKI, Chief Judge, PREGERSON, REINHARDT, O'SCANNLAIN, HAWKINS, GRABER, GOULD, TALLMAN, CALLAHAN, M. SMITH, and IKUTA, Circuit Judges.

Appellants' Motion to Extend Appellate Deadlines, or in the Alternative to

Modify the Court's Opinion to Include Instructions to the Trial Court is DENIED.

Appellants' Motion to Extend Time to File Petition for Rehearing is

DENIED.